Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 20, 2026

*By ECF*

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Renata Supina-Saltus*, 26 Cr. 280 (AS)

Dear Judge Subramanian:

I write on consent (Assistant U.S. Attorney Nicholas Pavlis) to respectfully request that the Court permit Ms. Supina-Saltus to travel to the District of New Jersey on July 25, 2026 to attend a family reunion.

On April 8, 2026, Ms. Supina-Saltus was presented before Magistrate Judge Aaron, and released on conditions including a $50,000 personal recognizance bond, to be co-signed by one financially responsible person; and travel restricted to the Southern and Eastern Districts of New York and the District of Connecticut, where Ms. Supina-Saltus lives. Ms. Supina-Saltus has been wholly compliant with all the conditions of release, and the co-signer has been secured.

We respectfully request that the Court permit Ms. Supina-Saltus to travel to the District of New Jersey on July 25, 2026. As noted above, the Government consents. I have also notified Pretrial Services, and have no reason to believe that office will object to the requested travel.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

Cc. Nicholas Pavlis, Esq., by ECF and e-mail
Karen Rubiano, U.S. Probation Officer, by e-mail

Application GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 17.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: July 20, 2026