Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 16, 2026

*By ECF*

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Renata Supina-Saltus*, 26 Cr. 280 (AS)

Dear Judge Subramanian:

I write on consent (Assistant U.S. Attorney Nicholas Pavlis) to respectfully request an adjournment of the upcoming conference, currently scheduled for September 23, 2026 at 11:00 a.m., for a period of around 30 days. The parties are actively discussing a disposition of this matter, and expect to conclude those discussions in the coming weeks.

If the Court would like to see the parties earlier than the requested date above, I respectfully request that the Court reschedule the upcoming conference for a convenient date after September 23, 2026, to accommodate a conflict with the Government's schedule.

If the Court grants either of the requested adjournments, I further request that the Court exclude time under the Speedy Trial Act until the next conference date to allow the parties to continue to discuss a disposition of this matter.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

Cc. Nicholas Pavlis, Esq., by ECF and e-mail

GRANTED IN PART. The conference will now be held on **Tuesday, October 27, 2026**, at **2:00 PM**.

If the Government seeks an exclusion of time, it may file such a request.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: September 18, 2026